AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE                    District of          MASSACHUSETTS

2004 JUN 18 P 2: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Safeco Insurance Companies

V.

New England Foundation Co., Inc.,
Patrick O'Neill and Patricia
O'Neill

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10989 WGY

TO: (Name and address of Defendant)

New England Foundation Co., Inc.
77 Federal Avenue
Quincy, MA 02169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAY 18 2004

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 8, 2004

I hereby certify and return that on 6/7/2004 at 11:51 am I served a true and attested copy of the summons and complaint with exhibit A in this action in the following manner: To wit, by delivering in hand to Christine Watts, receptionist, person in charge at the time of service for New England Foundation Co., Inc., at, 77 Federal Avenue, Quincy, MA 02169. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen                                                              Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.