AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

CLERKS OFFICE
2004 JUN 18 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS

Safeco Insurance Companies
V.
New England Foundation Co., Inc.,
Patrick O'Neill and Patricia
O'Neill

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10989 WGY

TO: (Name and address of Defendant)

Patricia E. O'Neill
20 Fair Oaks Lane
Cohasset, MA 02025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA  02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 18 2004
CLERK                                           DATE
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 8, 2004

I hereby certify and return that on 6/4/2004 at 04:05 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Patricia E O'Neill at 20 Fair Oaks Lane Cohasset, MA 02025. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

*signature*
Deputy Sheriff

**Deputy Sheriff James Triglia**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
             Date                 Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.