AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

*IN CLERKS OFFICE*
*2004 JUN 18 P 2:01*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Safeco Insurance Companies
V.
New England Foundation Co., Inc.,
Patrick O'Neill and Patricia
O'Neill

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10989 WGY

TO: (Name and address of Defendant)

Patrick A. O'Neill
20 Fair Oaks Lane
Cohasset, MA  02025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              MAY 18 2004
CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 8, 2004

I hereby certify and return that on 6/4/2004 at 04:05 pm I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of Patrick A O'Neill, 20 Fair Oaks Lane Cohasset, MA 02025 and by mailing first class mail to the above-mentioned address on 6/7/2004. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($12.80) Total Charges $50.30

Deputy Sheriff James Triglia                                                                 Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                    *Signature of Server*

                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.