UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br>    Plaintiff,<br><br>VS.<br><br>NEW ENGLAND FOUNDATION COMPANY,<br>INC., PATRICK A. O'NEILL,<br>and PATRICIA E. O'NEILL,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-10989-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO SAFECO INSURANCE COMPANIES' COMPLAINT**

TO THE HONORABLE WILLIAM G. YOUNG, CHIEF JUDGE:

  Defendants, New England Foundation Company, Inc., Patrick A. O'Neill and Patricia E. O'Neill (collectively the "Defendants") hereby respectfully request that the Court enter an order extending the deadline within which they may answer or otherwise respond to Safeco Insurance Companies' ("Safeco") Complaint to Friday, July 9, 2004. In support of their request, the Defendants respectfully state:

  1. The Defendants seek the requested extension to provide their counsel with sufficient time to complete its investigation into the factual and legal basis of Safeco's claims and their defenses to those claims and prepare an appropriate response to Safeco's Complaint.

  2. Counsel to Safeco assents to the requested extension.

  WHEREFORE, the Defendants respectfully requests that this Court enter an order:

BOS1394633.1

A.   Extending the deadline within which the Defendants may answer or otherwise respond to Safeco's Complaint to July 9, 2004;

B.   Granting such other and further relief as is deemed appropriate or just.

    Respectfully submitted,

    NEW ENGLAND FOUNDATION
COMPANY, INC., PATRICK A. O'NEILL,
AND PATRICIA E. O'NEILL,

    By their attorneys,

Dated: June 28, 2004

/s/ Francis C. Morrissey
John V. Snellings (BBO # 548791)
Francis C. Morrissey (BBO #567589)
Jennifer A. Champlin (BBO #654726)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Tel: 617-345-1000
Fax: 617-345-1300

## CERTIFICATE OF SERVICE

I, Francis C. Morrissey, hereby certify that on June 28, 2004, I served a copy of the above motion on counsel for Safeco Insurance Companies, Bert J. Capone, Cetrulo & Capone, LLP, Two Seaport Lane, 10th Floor, Boston, MA 02210 by telecopier and first-class mail.

/s/ Francis C. Morrissey
Francis C. Morrissey

BOS1394633.1