# CETRULO & CAPONE LLP

COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com
Direct Dial: (617) 217-5238
E-Mail: pchambers@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

July 22, 2004

Civil Clerk's Office
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: **Safeco Insurance Companies v. New England Foundation Company, Inc., et. al.,**
U.S.D.C. Civil Action No. 04-10989 NMG

Dear Sir/Madam:

I am requesting a hearing on a Motion entitled Safeco Insurance Companies' Motion to Attach the Real Estate of Defendants Patrick A. O'Neill and Patricia A. O'Neill which was filed with the Court on May 20, 2004. In an electronic notice dated June 8, 2004, the Court denied the Motion and advised that the Motion can be renewed once service of the Summonses and Complaint were made upon the Defendants. We have filed the Returns of Service with the Court and now respectfully request the Court to set a hearing date for the Motion to Attach Real Estate.

Thank you for your assistance in this matter.

Very truly yours,

Paula-Lee Chambers

PLC/mr
Enclosures
Cc:   John V. Snellings, Esquire
      Ms. Ann T. Hester

02630-0004
336068v1