United States District Court
District of Massachusetts

| | |
|---|---|
| SAFECO INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 04-10989-NMG |
| ) | |
| NEW ENGLAND FOUNDATION COMPANY, ) | |
| INC., PATRICK A. O'NEILL, and ) | |
| PATRICIA E. O'NEILL, ) | |
| ) | |
| Defendants. ) | |

**WRIT OF ATTACHMENT**

To the Sheriff or Deputy Sheriff of Plymouth County, Massachusetts or any other person duly authorized by law:

We command you, pursuant to the Order of the Honorable Nathaniel M. Gorton, dated December 29, 2004, to: (1) attach real estate of Defendants, Patrick A. O'Neill and Patricia E. O'Neill, located at 20 Fair Oaks Lane, Cohasset, Massachusetts to the value of $1,292,825 as prayed for by the Plaintiff, Safeco Insurance Companies ("Safeco"), whose attorney is Paula-Lee Chambers of Cetrulo & Capone LLP, in an action brought by Safeco against the Defendants, in the United States District Court for the District of Massachusetts; (2) deposit a copy of this Writ of Attachment in the Plymouth County Registry of Deeds; and (3) make due return of this writ with your doings thereon into said Court.

WITNESS the Honorable Nathaniel M. Gorton, United States

District Judge, at Boston, Massachusetts this 29th day of December, 2004.

                                      WILLIAM RUANE,
                                      ACTING CLERK OF THE COURT

                        By:   _____
                                 Deputy Clerk