UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>        Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>        Defendants. | CIVIL ACTION NO.  04-10989 |

STATEMENT OF SAFECO INSURANCE COMPANY OF AMERICA
PURSUANT TO LOCAL RULE 7.3 (D. MASS.)

Pursuant to Local Rule 7.3 (D. Mass.), the plaintiff, Safeco Insurance Company of America ("Safeco") offers the following disclosure:  There is no corporation or publicly held company that owns 10% or more of Safeco's stock.

    Respectfully Submitted,
    Safeco Insurance  Companies,
    By its attorneys,

    /s/ Paula-Lee Chambers
    Bert J. Capone, BBO#072880
    Paula-Lee Chambers, BBO#566888
    CETRULO & CAPONE, LLP
    Two Seaport Lane, 10th Floor
    Boston, MA 02110

Dated:  April 12, 2005