UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>        Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>        Defendants. | CIVIL ACTION NO. 04-10989 |

**ASSENTED-TO MOTION TO CONTINUE THE SCHEDULING CONFERENCE**

    Plaintiff, Safeco Insurance Companies ("Safeco"), respectfully requests a 45-day extension of the Scheduling Conference that is currently scheduled for April 15, 2005. As grounds for this Motion, Safeco states as follows:

    1.    This action was commenced by Safeco seeking reimbursement for Safeco's incurred losses and expenses and to provide collateral under an Indemnity Agreement executed by the Defendants, New England Foundation Company, Inc. ("NEFCO"), Patrick A. O'Neill and Patricia E. O'Neill (the "Indemnitors") pursuant to a General Indemnity Agreement executed by the Defendants.

    2.    This Court ordered a Writ of Attachment dated December 29, 2004.

    3.    In addition, pursuant to the terms of a Trust Account Agreement, Safeco has an assignment of a life insurance policy owned by Patrick A. O'Neill.

    4.    The Scheduling Conference is currently scheduled for April 15, 2005.

5. Safeco presently has sufficient collateral in place and has engaged in negotiations regarding the settlement of this matter between NEFCO and the Indemnitors.

6. The continuation of the Scheduling Conference will allow the parties to continue those settlement negotiations.

7. In addition, Patrick A. O'Neill is in very ill health at this time.

WHEREFORE, the Plaintiff Safeco respectfully moves this Honorable Court to continue the April 15, 2005 Scheduling Conference for a period of 45 days.

          Respectfully Submitted,
          Safeco Insurance Companies,
          By its attorneys,

/s/ Paula-Lee Chambers
Bert J. Capone, BBO#072880
Paula-Lee Chambers, BBO#566888
CETRULO & CAPONE, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5500

Assented to:

/s/ by Paula-Lee Chambers
Francis C. Morrissey, BBO# 567589
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

Dated: April 13, 2005

02630-0004
369095v1