UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION<br>COMPANY, INC., PATRICK A. O'NEILL,<br>and PATRICIA E. O'NEILL,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 04-10989–NMG |

### MOTION TO RE-ISSUE WRIT OF ATTACHMENT

Now comes the Plaintiff, Safeco Insurance Companies ("Safeco"), and requests this Honorable Court correct the Writ of Attachment to show the proper county as Norfolk County for the location of the real estate as opposed to Plymouth County and to re-issue the Order with the date of which this Motion is signed.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Safeco Insurance Companies,
　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　_____
　　　     　　　　　　　　　　　　　Bert J. Capone, BBO#072880
　　　　　　　　　　　　　　　　　　Paula-Lee Chambers, BBO#566888
　　　　　　　　　　　　　　　　　　CETRULO & CAPONE, LLP
　　　　　　　　　　　　　　　　　　Two Seaport Lane, 10th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 217-5500

Dated: June 15, 2005

## CERTIFICATE OF SERVICE

I certify that on June 15, 2005, I served the following by first class mail on the following:

Francis C. Morrissey, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

_____
Paula-Lee Chambers, BBO# 566888

2

02630-0004
377474v1