UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>Defendants. | CIVIL ACTION NO. 04-10989 NMG |

## WRIT OF ATTACHMENT

To the Sheriff or Deputy Sheriff of Norfolk County, Massachusetts:

We command you, pursuant to the Order of Judge Nathaniel M. Gorton, dated December 29, 2004, to: (1) attach real estate of Defendants, Patrick A. O'Neill and Patricia E. O'Neill, located at 20 Fair Oaks Lane, Cohasset, Massachusetts to the value of $1.4 million as prayed for by the Plaintiff, Safeco Insurance Companies ("Safeco"), whose attorney is Paula-Lee Chambers of Cetrulo & Capone LLP, in an action brought by Safeco against the Defendants, in the United States District Court for the District of Massachusetts; (2) deposit a copy of this Writ of Attachment in the Plymouth County Registry of Deeds; and (3) make due return of this writ with your doings thereon.

The Complaint in this case was filed on May 14, 2004. This Attachment was approved on December 29, 2004, by Judge Nathaniel M. Gorton in the amount of $1,292,825.

Witness _____, Esquire, at _____, the _____ day of _____, 2005.

_____
Clerk of Court

02630-0004
328470v1