United States District Court
District of Massachusetts

| | |
|---|---|
| SAFECO INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND FOUNDATION COMPANY, )<br>INC., PATRICK A. O'NEILL, and )<br>PATRICIA E. O'NEILL, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>04-10989-NMG |

**WRIT OF ATTACHMENT**

To the Sheriff or Deputy Sheriff of Norfolk County, Massachusetts or any other person duly authorized by law:

We command you, pursuant to the Order of the Honorable Nathaniel M. Gorton, dated December 29, 2004, to: (1) attach real estate of Defendants, Patrick A. O'Neill and Patricia E. O'Neill, located at 20 Fair Oaks Lane, Cohasset, Massachusetts to the value of $1,292,825 as prayed for by the Plaintiff, Safeco Insurance Companies ("Safeco"), whose attorney is Paula-Lee Chambers of Cetrulo & Capone LLP, in an action brought by Safeco against the Defendants, in the United States District Court for the District of Massachusetts; (2) deposit a copy of this Writ of Attachment in the Norfolk County Registry of Deeds; and (3) make due return of this writ with your doings thereon into said Court.

WITNESS the Honorable Nathaniel M. Gorton, United States

District Judge, at Boston, Massachusetts this 19th day of July, 2005.

           SARAH THORNTON,
           CLERK OF THE COURT

      By: _____
           Deputy Clerk