UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>       Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>       Defendants. | CIVIL ACTION NO.  1:04-CV-10989-NMG |

## NOTICE OF APPEARANCE

    Please enter the appearance of Dwight T. Burns, III as counsel for the plaintiff in the above-captioned action.

                                                Respectfully Submitted,
                                                SAFECO INSURANCE COMPANIES
                                                By its attorneys,

                                                /s/ Dwight T. Burns, III
                                                Bert J. Capone, BBO#072880
                                                Dwight T. Burns, III, BBO#637514
                                                CETRULO & CAPONE, LLP
                                                Two Seaport Lane, 10th Floor
                                                Boston, MA 02110
                                                (617) 217-5500

Dated:  July 29, 2005

## CERTIFICATE OF SERVICE

  I, Dwight T. Burns, III, hereby certify that I have, on this 28th day of July, 2005, served a copy of the within via first class mail upon the following party:

John V. Snellings, Esquire
Gregg A. Rubenstein, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

                 /s/ Dwight T. Burns, III
                 Dwight T. Burns, III