UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-10989-NMG |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and representative of Safeco Insurance Companies hereby certify that they have conferred with a view to (a) establishing a budget for the costs of conducting the full course of litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the District of Massachusetts Local Rules.

Respectfully submitted:

| | |
|---|---|
| SAFECO INSURANCE COMPANIES<br>By its attorneys,<br><br>/s/ Dwight T. Burns, III<br>Bert J. Capone, BBO#072880<br>Dwight T. Burns, III, BBO#637514<br>CETRULO & CAPONE, LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02110<br>(617) 217-5500 | SAFECO INSURANCE COMPANIES<br>By its authorized representative,<br><br>*[signature]*<br>Ann T. Hester<br>Senior Claims Representative<br>Safeco Insurance Companies<br>Midwest Region Office<br>2800 W. Higgins Rd., Suite 465<br>Hoffman Estates, IL 60195-5205 |

Dated: August 11, 2005

378468v1