UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND FOUNDATION )<br>COMPANY, INC., PATRICK A. O'NEILL )<br>and PATRICIA E. O'NEILL, )<br>Defendants. )<br>) | CIVIL ACTION NO. 1:04-CV-10989-NMG |

## **DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION**

Defendants, New England Foundation Company, Inc., Patrick A. O'Neill and Patricia E. O'Neill, and their counsel certify that they have conferred with plaintiff and its counsel: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternatives courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOS1518200.2

Respectfully submitted,

NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL AND
PATRICIA E. O'NEILL

| By their attorneys, | PATRICIA E. O'NEILL |
|---|---|
| /s/ Francis C. Morrissey | /s/ Patricia O'Neill |
| /s/ Gregg A. Rubenstein | Patricia O'Neill |
| John V. Snellings (BBO #548791) | |
| Francis C. Morrissey (BBO #567589) | |
| NIXON PEABODY LLP | |
| 100 Summer Street | |
| Boston, MA  02110 | |
| (617) 345-1000 | |

Dated:  August 12, 2005

BOS1518200.2