UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK O'NEIL AND PATRICIA O'NEIL,<br><br>    Defendants. | CIVIL ACTION NO. 1:04-CV-10989-NMG |

## WITHDRAWAL OF APPEARANCE OF PAULA-LEE CHAMBERS ON BEHALF OF PLAINTIFF SAFECO INSURANCE COMPANIES

I, Paula-Lee Chambers, hereby withdraw as counsel for the Plaintiff, Safeco Insurance Companies in the above-captioned matter. Attorneys Bert J. Capone and Dwight T. Burns of Cetrulo & Capone LLP will continue to serve as counsel for the above-referenced Plaintiff in this matter.

    Respectfully submitted,
    Chicago Insurance Company,
    By its attorneys,


    /s/ Paula-Lee Chambers
    Paula-Lee Chambers, BBO# 566888
    Hinshaw & Culbertson LLP
    One International Place, 3rd Floor
    Boston, MA 02110
    (617) 213-7000

Dated: August 16, 2005