UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFECO INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br><br>Defendants. | CIVIL ACTION NO. 1:04-CV-10989-NMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-referenced action hereby stipulate that all claims, counterclaims and cross-claims that were asserted or could have been asserted in connection with the above-captioned action are dismissed, with prejudice, without costs, and all rights of appeal waived.

Respectfully Submitted,

| SAFECO INSURANCE COMPANIES<br>By its attorneys,<br><br><br><br>/s/ Dwight T. Burns, III<br>Bert J. Capone, BBO #072880<br>Dwight T. Burns, III, BBO # 637514<br>Cetrulo & Capone, LLP<br>Two Seaport Lane<br>Boston, MA  02210<br><br>Dated:  March 2, 2006 | NEW ENGLAND FOUNDATION COMPANY, INC., PATRICK A. O'NEILL, and PATRICIA E. O'NEILL,<br>By their attorneys<br><br><br>/s/ John V. Snellings<br>John V. Snellings, BBO #548791<br>Francis C. Morrissey, BBO #567589<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA  02110<br><br>Dated:  March ____, 2006 |

402751v1